[No. 15924-8-III.   Division Three.   June 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RAUL ORTIZ
RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan
County, No. 96-1-00077-0, Ted W. Small, J., entered June
24, 1996. *Affirmed* by unpublished opinion per Brown, J.,
concurred in by Schultheis, C.J., and Kato, J.


[No. 21037-1-II.   Division Two.   July 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER
WENDELL HUBLEY TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 96-1-00849-6, D. Gary Steiner, J., entered July
22, 1996. *Reversed* by unpublished per curiam opinion.


[No. 21252-8-II.   Division Two.   July 2, 1998.]

STEPHANIE TUCCI-ALLEN, *Respondent*, v. MICHAEL EDWARD
ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 90-3-05083-1, Arthur W. Verharen, J., entered
September 27, 1996. *Affirmed in part* and *reversed in part*
by unpublished opinion per Hunt, J., concurred in by Sein-
feld and Armstrong, JJ.


[No. 21435-1-II.   Division Two.   July 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTOR L.
CANDELARIO, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 96-1-00207-9, James D. Roper, J., entered
December 11, 1996. *Reversed* by unpublished opinion per
Morgan, J., concurred in by Seinfeld and Hunt, JJ.